UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

O'NEAL BOSLEY

VERSUS

LOUISIANA OFFICE OF MOTOR VEHICLES

CIVIL ACTION

NO. 13-343-JJB-SCR

### RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated July 29, 2013 (doc. no. 4). The plaintiff filed an objection which essentially makes the same arguments and has been duly considered by the court.

The court hereby approves the report and recommendation of the Magistrate Judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's complaint is DISMISSED as frivolous.

Baton Rouge, Louisiana, this 3rd day of September, 2013.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA